UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RUIZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KHEILA BRICE, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00427-GMN-VCF<br><br>ORDER |

On June 27, 2023, the Court filed an order and granted Plaintiff until July 27, 2023, to file an amended complaint or the case would be dismissed without prejudice for failure to state a claim. (ECF No. 8 at 2). On July 20, 2023, Plaintiff submitted a motion for an extension of time for an additional 30-60 days to file an amended complaint. (ECF No. 9). In his motion, Plaintiff states that he has vision problems, and that he cannot meet the current deadline. (*Id.*)

The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before **September 6, 2023**. If Plaintiff chooses not to file an amended complaint, this case will be dismissed for failure to state a claim.

For the foregoing reasons, it is ordered that the motion for an extension of time (ECF No. 9) is granted. Plaintiff shall file his amended complaint on or before **September 6, 2023**.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action will be dismissed without prejudice for failure to state a claim.

DATED THIS  21st day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE