AARON D. FORD
   Attorney General
NATHAN M. CLAUS (Bar No. 15889)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3773 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendant
Kheila Brice*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RUIZ, | Case No. 2:23-cv-00427-GMN-MDC |
| Plaintiff, | |
| v. | **Stipulation and Order for Dismissal with Prejudice** |
| KHEILA BRICE, et al., | |
| Defendants. | |

    Plaintiff Carlos Ruiz, and Defendant Kheila Brice, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 25 of October 2024.

By: _/s/ Carlos Ruiz_
Carlos Ruiz, #94960
*Plaintiff, pro se*

DATED this 17th of October, 2024.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 10, 2024, I electronically filed the foregoing **Stipulation and Order for Dismissal with Prejudice** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Carlos Ruiz, #94960
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, Nevada 89702
*Plaintiff, Pro Se*

/s/ *Kimalee Goldstein*
Kimalee Goldstein, Employee of the Office of the Nevada Attorney General

**IT IS SO ORDERED.**

Dated this _10_ day of December, 2024.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT